# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_Harrell Anthony Gaston III_

_TBD_ ,

_____ ,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.** 1: 21cv146 AW-GRJ
*(To be filled in by the Clerk's Office)*

v.

_Secretary USDVA_ ,

_Goode, Heather MD_ ,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_see attached @ Exhibit "P" 4 Personell
of Interest
florida DVA_

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND TL
SEP 14 '21 AM9:13

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: *Harrell Anthony Gaston (III)* *optional*

   Address: *1200 55TH BLVD N/E*

   *Gainesville florida 32641*

   City, State, and Zip Code: *fla Dcf NFETC*

   Telephone: _____ *(Home)* _____*(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____*(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Secretary_

   Official Position: _BureauCrat_

   Employed at: _United States of America_

   Mailing Address: _1600 Pennsylvania Avenue_
   _Washington DC 20500_

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: _Goode Heather MD_

   Official Position: _Veterans affair Doctor_

   Employed at: _USDVA_

   Mailing Address: _13000 Bruce B Downs Blvd_
   _Tampa Fl 33612_

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

Note: See Exhibit "P" 2/4 List Personell of Interest

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

I option Both 1983 n Bivens w/ approval naturally

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

3

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.* page one of ___
I ssue that initiated an unfounded Snow Ball effect not yet resolved but however has ruined mooted made meaningless and Penniless a 100 % Service Connected wartime injured Career USDOD military and

**Factual Allegations, Continued** *(Page 2 of ___ )*

other U.S.gov 3letter entities and still serving Career POTUS appointed Commissioned officer higly decorated Disabled veteran Elderly vulnerable Disabled 75 yo ± MOL man wrongfully accused 2/4 using illegal controlled Substances, which Harrell will lay upon Light of truth as 11 case studies n expert witnesses reveal that many Pharma similarities show as false positive in quick study analysis Harrell was Bakeracted 2X in oct 19 via unqualified "Resident" MD's at JAH/VAMC tampa florida w/o any regard 2 Harrells USC am 1-6 n am 14 Harrell was never Serviced w/ proper Service and then through a comedy of directed errors

Cpg 3

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. access 2 Property rights
2.    "    2 the Courts    1-6 USC am
3.    "    "  Privacy
4.    "    "  Health Care
Please direct attention UR 2 EXHIBIT "V"
Violations

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

1. Compensatory relief
2. Punitive relief
3. Make Harrell a whole man again
See Exhibit "H" = Harrell's Life
Reoccupied

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _25 Aug 21_  Plaintiff's Signature: _Harrell Anthony Gaston III 4 deposit only_

Printed Name of Plaintiff: _Harrell Anthony Gaston_

Address: _1200 55TH Boulevard NorthEast_
_Gainesville florida 32641_

E-Mail Address: _TBD later_
_not currently authorized via_
_fla Def NPETC_

Telephone Number: _____

*currently unauthorized    TBD Later*

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

Harrell 47.9002 IAW rule 5.2 USRCP

LOG # _____

TO: _____

DATE/TIME RECEIVED: _____

DATE OUT: _____

DATE RESPONSE DUE: _____

DATE RETURNED: _____

FROM: (Name), Advocacy Coordinator
PHONE:

This area for STAFF use only

**COMPLETE THE SECTION BELOW THEN MAIL TO:**

**ADVOCACY DEPARTMENT,**
(address)

*Petition 2 USCourt*

**YOUR NAME and UNIT & Dorm, BUILDING NUMBER or LIVING AREA:**

Harrell A. Gaston III

**TODAYS DATE:** 15aug21

*Financial Status*

**DESCRIBE YOUR ISSUE OR COMPLAINT**

Include: The issue, date, time, staff member or other individuals name if any are involved and location of issue.

**Allegations of abuse should be reported to the ABUSE hotline at 1-800-962-2873.**

1983
1915
CRV
PLRA
1997
PROSE 14
US
Harrell V DVA
fla

Refer to Resident Grievance Policy #4800

