# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTHONY GASTON HARRELL, III,**

    **Plaintiff,**

**v.**                                            **Case No. 1:21-cv-146-AW-GRJ**

**SEC'Y, VETERANS AFFAIRS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's November 2, 2021 Amended Report and Recommendation, ECF No. 18, and the various subsequent filings (construed as objections), I have determined the Amended Report and Recommendation should be adopted. It is now ORDERED:

    1.    The Amended Report and Recommendation (ECF No. 18) is adopted and incorporated into this order.

    2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice."

    3.    The clerk will close the file.

SO ORDERED on December 28, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge